Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Christopher E. Stiner (SBN 276033)
cstiner@ahdootwolfson.com
Sarper Unal (SBN 341739)
sunal@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiffs in Blair, et al v. Sonos, Inc.*, 2:25-cv-05471-CAS-SK.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID SIENA and CLIFFORD FISCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONOS, INC.,<br><br>Defendant. | Case No. 2:25-cv-06118<br><br>**PROOF OF SERVICE**<br><br>Judge: Not Yet Assigned<br>Ctrm: |

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Ahdoot & Wolfson, PC, 2600 West Olive Avenue, Suite 500, Burbank, California 91505. On the date set forth below, I served the within documents:

►   **BLAIR PLAINTIFFS' NOTICE OF RELATED CASES PURSUANT TO CIV. L.R. 83-1.3.1**

☒   **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Sonos, Inc.
c/o Amanda Garcia
CT Corporation System
330 N. Brand Blvd.
Glendale CA 91203

☐   **OVERNIGHT MAIL (FEDEX)** by depositing an envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to received documents in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.  Delivery to be accomplished no later than the next business day.

☐   **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List. I certify that all participants in this case are registered CM/ECF users.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **John J Nelson**
  jnelson@milberg.com, dlietz@milberg.com, gklinger@ecf.courtdrive.com, gklinger@milberg.com, kmclaughlin@milberg.com, mbenvenuto@milberg.com, Hsheflin@milberg.com, atyrrell@milberg.com, spassanisi@milberg.com, jnelson@ecf.courtdrive.com, ljordan@milberg.com

☒ I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 7, 2025, at San Diego, California.

_____
Carlos D. Armijo